UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PRONCELL FOSTER, | ) | No. CV 07-08031-JHN (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| S. BERRY, et al., | ) | FIRST AMENDED COMPLAINT |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint, Defendants' Motion to Dismiss, Plaintiff's Opposition to the Motion to Dismiss and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) Defendants' Motion to Dismiss is granted; and (3) dismissing Plaintiff's First Amended Complaint and the entire action.

DATED: March 9, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE